NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2004-1579

DENNIS N. PIXTON,

Plaintiff-Appellant,

v.

B&B PLASTICS, INC. (doing business as Gambler),

Defendant-Appellee,

and

MICHAEL SURMAN and JOAN BRINGGER
(as personal representatives of the estate of Jack Russell Bringger, III),

Defendants.

Appeal from the United States District Court for the Southern District of Florida in case no. 99-CV-6360, Judge Kenneth A. Marra.

ON MOTION

O R D E R

The court notes that Dennis N. Pixton has not filed a status report since August 18, 2008.

The court's July 20, 2006 and January 15, 2008 orders required Pixton to file a status report every 60 days.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)   If Pixton does not file a status report within 21 days of the date of filing of this order, the appeal will be dismissed.

(2)    The briefing schedule remains stayed.  If the appeal is not dismissed pursuant to paragraph (1) above, Pixton is directed to file a status report every 60 days concerning the status of the related bankruptcy case and state how this appeal should proceed.

FOR THE COURT

FEB 2 6 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 2 6 2009

JAN HORBALY
CLERK

cc:    Gayle E. Halligan, Esq.
       Richard C. Bagdasarian, Esq.

s17